HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
SANDHYA NADADUR, Bar No. 361807
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
Sergio Eduardo Torres-Martinez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SERGIO EDUARDO TORRES-MARTINEZ,<br>Defendant. | **Case No.: 2:26-cr-0118-DAD**<br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br>DATE: September 21, 2026<br>TIME: 9:30 AM<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Kimberly Sokolich, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Sandhya Nadadur, counsel for Defendant Sergio Torres-Martinez, that the status conference set for September 21, 2026, be continued to **November 30, 2026,** at 9:30 AM. The reason for the continuance is that defense counsel needs additional time to review discovery and conduct follow-up investigation.

The parties agree that the failure to grant the above-requested continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties request that the time up to and including November 30, 2026, shall be excluded from computation of time within which the trial of this case must

commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and General Order 479, (Local Code T4 based upon defense preparation).

The parties agree that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Dated: September 16, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Sandhya Nadadur*
SANDHYA NADADUR
Assistant Federal Defender

Attorneys for Petitioner
Sergio Eduardo Torres-Martinez

Dated: September 16, 2026

ERIC GRANT
United States Attorney

*/s/ Kimberly Sokolich*
KIMBERLY SOKOLICH
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 30, 2026 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4). It is further ordered that the September 21, 2026 status conference is continued until November 30, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **September 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE