§UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 13, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SERGIO EDUARDO TORRES-MARTINEZ,

Defendant.

Case No. 2:26-CR-00118-DAD-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SERGIO EDUARDO TORRES-MARTINEZ , Case No. 2:26-CR-00118-DAD-1 , Charge 18 U.S.C. § 1326(a), from custody for the following reasons:

____ Release on Personal Recognizance

X Bail Posted in the Sum of $50,000 (see below)

X Unsecured Appearance Bond $ 25,000 co-signed by Michael Maddox

X Unsecured Appearance Bond $ 25,000 co-signed by Michelle Buller

____ Corporate Surety Bail Bond

X (Other): Release delayed until 10/14/2026, at 9:00 AM with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 .

Issued at Sacramento, California on October 13, 2026, at 11:20 a.m

By: Dale A. Drozd

District Judge Dale A. Drozd