ERIC GRANT
United States Attorney
KIMBERLY SOKOLICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SERGIO TORRES MARTINEZ,<br>Defendant. | CASE NO. 2:26-CR-00118-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 30, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 30, 2026.

2. By this stipulation, the parties now move to continue the status conference until December 21, 2026, and to exclude time between November 30, 2026, and December 21, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has produced discovery to defense counsel including represented that the discovery associated with this case includes approximately 320 pages of documents and audio recordings. Counsel for the defendant desires additional time to consult with her client, conduct investigation related to the charges, and otherwise prepare for trial.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) Additionally, the Court is no longer available on the previously identified November 30, 2026, date.

d) Neither party objects to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 30, 2026 to December 21, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 2, 2026

ERIC GRANT
United States Attorney

/s/ KIMBERLY SOKOLICH
KIMBERLY SOKOLICH
Assistant United States Attorney

Dated: November 2, 2026

/s/ SANDHYA NADADUR
SANDHYA NADADUR
Counsel for Defendant
SERGIO TORRES MARTINEZ

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled in this case for November 30, 2026, is continued to December 21, 2026, at 9:30 a.m. and time is excluded between November 30, 2026, and December 21, 2026, under Local Code T4.

IT IS SO ORDERED.

Dated: **November 2, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE